NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANNE M. NOYOLA,                               )
                                              )
          Appellant,                          )
                                              )
v.                                            )          Case No. 2D18-471
                                              )
STATE OF FLORIDA,                             )
                                              )
          Appellee.                           )
                                              )
_____)

Opinion filed August 15, 2018.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Megan Olson, Assistant Public
Defender, Bartow, for Appellant.

Anne M. Noyola, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.